IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL PATE,
    Plaintiff,

v.                                          Case No. 3:10cv223/MCR/EMT

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
    Defendant.
_____/

## REPORT AND RECOMMENDATION ON AMENDED FINAL SCHEDULING ORDER

Defendant filed a "Motion for the Court to Approve Stipulation" to extend the time in which to complete discovery (Doc. 32). After reviewing the motion, the district court referred this matter to the undersigned for the purpose of conducting a Rule 16 conference and issuing a report and recommendation regarding a viable discovery plan (Doc. 34). The undersigned directed the parties to confer regarding a discovery plan it proposed and to file a joint report, which the parties have done (*see* Docs. 35, 37). On December 16, 2010, the court conducted a Rule 16 conference.

Based on matters that were addressed in the proposed discovery plan and the parties' joint report, and that were discussed at the Rule 16 conference (including the court's stern admonition to the parties regarding the need to proceed with and complete discovery expeditiously and the significant unlikelihood of the district court's permitting any further enlargements of time), it is respectfully **RECOMMENDED**:

That Defendant's "Motion for the Court to Approve Stipulation" (Doc. 32), be **GRANTED**, to the extent the current discovery plan is modified as follows:

    1.    Plaintiff's Rule 26(a)(2) disclosures shall be due by **December 31, 2010.**

2. Defendant's Rule 26(a)(2) disclosures shall be due by **January 14, 2011.**

3. The deadline to join additional parties and amend pleadings shall be **January 25, 2011**.

4. Plaintiff's rebuttal Rule 26(a)(2) disclosures shall be due by **January 28, 2011.**

5. The parties shall select a mediator by **February 1, 2011.**

6. The discovery deadline shall be extended to **February 16, 2011**.

7. The deadline for filing potentially dispositive motions shall be **March 8, 2011**.

8. The deadline for commencing mediation shall be **March 31, 2011.**

9. The deadline for completing mediation shall be **April 4, 2011.**

10. In all other respects, the Initial Scheduling Order (Doc. 7), as modified by the Final Scheduling and Trial Order and Mediation Referral (Doc. 20), shall continue to control.

And it is **ORDERED:**

The clerk shall refer this Report and Recommendation on Amended Final Scheduling Order to the district court for its review **three (3) business days** from the date of the Report's issuance.

At Pensacola, Florida this 16th day of December 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within THREE (3) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**