IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL PATE,
    Plaintiff,

v.                                                                  Case No. 3:10cv223/MCR/EMT

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 16, 2010 (Doc. 42). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's "Motion for the Court to Approve Stipulation" (Doc. 32), is **GRANTED**, to the extent the current discovery plan is modified as follows:

    a. Plaintiff's Rule 26(a)(2) disclosures are due by **December 31, 2010.**

    b Defendant's Rule 26(a)(2) disclosures are due by **January 14, 2011.**

    c. The deadline to join additional parties and amend pleadings is **January 25, 2011**.

    d. Plaintiff's rebuttal Rule 26(a)(2) disclosures are due by **January 28, 2011.**

    e. The parties shall select a mediator by **February 1, 2011.**

      f.      The discovery deadline is extended to **February 16, 2011**.

      g.      The deadline for filing potentially dispositive motions is **March 8, 2011**.

      h.      The deadline for commencing mediation is **March 31, 2011.**

      i.      The deadline for completing mediation is **April 4, 2011.**

      j.      In all other respects, the Initial Scheduling Order (Doc. 7), as modified by the Final Scheduling and Trial Order and Mediation Referral (Doc. 20), shall continue to control.

**DONE AND ORDERED** this 22nd day of December, 2010.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**